**Robert HAYES, union for black alliance for the homeless, handicap, Plaintiff—Appellant,**

v.

**BOARD OF ELECTION FOR BALTIMORE CITY; Electoral College Commission, Defendants—Appellees.**

No. 03–1844.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 19, 2003.

Robert Hayes, Appellant pro se.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Robert Hayes appeals the district court's order dismissing as frivolous his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hayes v. Bd. of Election,* No. CA–03–1678–1–AMD (D.Md. filed June 17, 2003 & entered June 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*